# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED NOVEMBER 28, 2018

## NO. 03-17-00168-CV

**Appellant, CMA Consulting Services //**
**Cross Appellant, Texas Health and Human Services Commission**

**v.**

**Appellee, Texas Health and Human Services Commission //**
**Cross-Appellee, CMA Consulting Services**

**APPEAL FROM 53RD DISTRICT COURT OF TRAVIS COUNTY**
**BEFORE CHIEF JUSTICE ROSE, JUSTICES PEMBERTON AND GOODWIN**
**JUSTICE PEMBERTON NOT PARTICIPATING**
**DISMISSED ON JOINT MOTION -- OPINION BY JUSTICE GOODWIN**

This is an appeal by each party from the judgment signed by the trial court on February 10, 2017. The parties have filed a joint motion to dismiss the appeals, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeals. Each party shall pay the costs of appeal incurred by that party, both in this Court and the court below.